IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SUN COMMODITIES, INC., d/b/a SUN INTERNATIONAL PRODUCE CO.

Plaintiff

vs

SELECTOS WHOLE FOODS, INC., d/b/a SELECTOS CIUDADELA'S and d/b/a SELECTOS VILLA PRADES; THOMAS WARD and CAROLINA WARD

Defendants

CIVIL 13-1429CCC

**ORDER**

Having considered the Report and Recommendation issued by U.S. Magistrate Judge Camille L. Vélez-Rivé on June 20, 2013 (**docket entry 21**), to which the parties have waived their right to object, the same is APPROVED and ADOPTED. Accordingly, and as stipulated by the parties, a Preliminary Injunction will be entered by separate order against defendant Thomas Ward.

SO ORDERED.

At San Juan, Puerto Rico, on June 21, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge