IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SUN COMMODITIES, INC., d/b/a SUN INTERNATIONAL PRODUCE CO.<br><br>Plaintiff<br><br>vs<br><br>SELECTOS WHOLE FOODS, INC., d/b/a SELECTOS CIUDADELA'S and d/b/a SELECTOS VILLA PRADES; THOMAS WARD and CAROLINA WARD<br><br>Defendants | CIVIL 13-1429CCC |

**ORDER**

Having considered the Report and Recommendation issued by U.S. Magistrate Judge Camille L. Vélez-Rivé on June 20, 2013 (**docket entry 21**), to which the parties have waived their right to object, the same is APPROVED and ADOPTED. Accordingly, and as stipulated by the parties, a Preliminary Injunction will be entered by separate order against defendant Thomas Ward.

SO ORDERED.

At San Juan, Puerto Rico, on June 21, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge